3961 (Rev. 11-13)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RICK SNYDER
GOVERNOR

NICK A. KHOURI
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Venias L Beard
5702 Leslie Dr
Flint, MI 48504

Case No. 15-30307
Chapter 13
Hon. Daniel S. Opperman

Debtor

# WITHDRAWAL OF REQUEST FOR PAYMENT OF PRIORITY EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws its request for payment of Priority expense (5-1) in the amount of $5000.00, dated herein on 7/14/15.

Sandra M. Braun
Departmental Technician
Department of Collections/Bankruptcy

MICHIGAN DEPARTMENT OF TREASURY • LANSING, MICHIGAN 48922
www.michigan.gov/treasury • (517) 373-3200
15-30307-dof    Doc 59    Filed 11/03/15    Entered 11/03/15 08:21:22    Page 1 of 1